**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: REESTABLISHMENT OF THE MAGISTERIAL DISTRICTS WITHIN THE 5th JUDICIAL DISTRICT OF THE COMMONWEALTH OF PENNSYLVANIA | :<br>:<br>:<br>:<br>: | NO. 526<br><br>MAGISTERIAL RULES DOCKET |

**ORDER**

**PER CURIAM**

      **AND NOW**, this 27th day of December 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 5th Judicial District (Allegheny County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the elimination of Magisterial Districts 05-3-05, within Allegheny County, to be effective January 3, 2028, is granted; realignment of Magisterial Districts 05-3-09, 05-2-13, and 05-2-26, within Allegheny County, to be effective January 3, 2028, is granted; and that the Petition, which also provides for the reestablishment of Magisterial Districts 05-2-01, 05-2-02, 05-2-03, 05-2-04, 05-2-05, 05-2-06, 05-2-07, 05-2-08, 05-2-10, 05-2-11, 05-2-12, 05-2-14, 05-2-15, 05-2-16, 05-2-17, 05-2-18, 05-2-19, 05-2-20, 05-2-21, 05-2-22, 05-2-23, 05-2-25, 05-2-27, 05-2-28, 05-2-31, 05-2-32, 05-2-35, 05-2-36, 05-2-38, 05-2-40, 05-2-42, 05-2-43, 05-2-47, 05-3-02, 05-3-03, 05-3-04, 05-3-06, 05-3-10, 05-3-12, 05-3-13, 05-3-14, 05-3-17, 05-0-03, and 05-0-04, within Allegheny County, to be effective immediately, is granted.

Said Magisterial Districts shall be as follows:

| | |
|---|---|
| Magisterial District 05-2-01<br>Magisterial District Judge Tara L. Smith | Avalon Borough<br>Bellevue Borough<br>Ben Avon Borough<br>Ben Avon Heights Borough<br>Emsworth Borough<br>Kilbuck Township<br>Ohio Township |
| Magisterial District 05-2-02<br>Magisterial District Judge Richard G. Opiela | West View Borough<br>Ross Township |
| Magisterial District 05-2-03<br>Magisterial District Judge Daniel J. Konieczka, Jr. | Etna Borough<br>Millvale Borough<br>Reserve Township<br>Shaler Township |
| Magisterial District 05-2-04<br>Magisterial District Judge Matthew V. Rudzki | Aspinwall Borough<br>Blawnox Borough<br>Fox Chapel Borough<br>Sharpsburg Borough<br>Indiana Township<br>O'Hara Township |
| Magisterial District 05-2-05<br>Magisterial District Judge Carolyn S. Bengel | Brackenridge Borough<br>Tarentum Borough<br>East Deer Township<br>Fawn Township<br>Harrison Township |
| Magisterial District 05-2-06<br>Magisterial District Judge Anthony L. DeLuca | Verona Borough<br>Penn Hills Township<br>Wilkins Township |
| Magisterial District 05-2-07<br>Magisterial District Judge Jeffrey L. Herbst | Monroeville Borough<br>Pitcairn Borough |
| Magisterial District 05-2-08<br>Vacant | Braddock Hills Borough<br>Chalfant Borough |

Churchill Borough
Forest Hills Borough
Swissvale Borough

Magisterial District 05-2-10
Magisterial District Judge Kim M. Hoots

Edgewood Borough
Wilkinsburg Borough

Magisterial District 05-2-11
Magisterial District Judge Roxanne S. Eichler

East McKeesport Borough
Trafford Borough
Wall Borough
Wilmerding Borough
North Versailles Township

Magisterial District 05-2-12
Magisterial District Judge William K. Wagner

Bradford Woods Borough
Marshall Township
McCandless Township
Pine Township

Magisterial District 05-2-13
Magisterial District Judge Eugene F. Riazzi

City of McKeesport
Versailles Borough

Magisterial District 05-2-14
Magisterial District Judge Richard D. Olasz, Jr.

Dravosburg Borough
Rankin Borough
West Mifflin Borough
Whitaker Borough

Magisterial District 05-2-15
Magisterial District Judge Patrick D. Campbell

Homestead Borough
Munhall Borough
West Homestead Borough

Magisterial District 05-2-16
Magisterial District Judge Michael W. Thatcher

Jefferson Hills Borough
Pleasant Hills Borough
South Park Township

Magisterial District 05-2-17
Magisterial District Judge David J. Barton

Castle Shannon Borough
Whitehall Borough
Baldwin Township

Magisterial District 05-2-18
Magisterial District Judge Ralph E. Kaiser

Baldwin Borough
Brentwood Borough

| | |
|---|---|
| Magisterial District 05-2-19<br>Magisterial District Judge Hilary K. Wheatley | Dormont Borough<br>Mount Lebanon Township |
| Magisterial District 05-2-20<br>Magisterial District Judge Ronald A. Arnoni | Bethel Park Borough<br>Upper Saint Clair Township |
| Magisterial District 05-2-21<br>Magisterial District Judge Maureen McGraw-Desmet | Bridgeville Borough<br>Collier Township<br>South Fayette Township |
| Magisterial District 05-2-22<br>Magisterial District Judge Craig C. Stephens | Green Tree Borough<br>Heidelberg Borough<br>Scott Township |
| Magisterial District 05-2-23<br>Magisterial District Judge John P. Kobistek | Carnegie Borough<br>Crafton Borough<br>Ingram Borough<br>Pennsbury Village Borough<br>Rosslyn Farms Borough<br>Thornburg Borough |
| Magisterial District 05-2-25<br>Magisterial District Judge Michele K. Santicola | Coraopolis Borough<br>Crescent Township<br>Moon Township<br>Neville Township |
| Magisterial District 05-2-26<br>Magisterial District Judge Beth Scagline-Mills | Elizabeth Borough<br>West Elizabeth Borough<br>White Oak Borough<br>Elizabeth Township<br>Forward Township<br>South Versailles Township |
| Magisterial District 05-2-27<br>Magisterial District Judge Eugene N. Ricciardi | City of Pittsburgh, Wards 4, 6, 17 |
| Magisterial District 05-2-28<br>Magisterial District Judge Oscar J. Petite, Jr. | City of Pittsburgh, Wards 1, 2, 3, 5 |

Magisterial District 05-2-31  
Magisterial District Judge Mikhail N. Pappas

City of Pittsburgh, Wards 8, 10, 11

Magisterial District 05-2-32  
Vacant

Oakmont Borough  
Plum Borough

Magisterial District 05-2-35  
Magisterial District Judge Daniel E. Butler

City of Pittsburgh, Wards 7, 14

Magisterial District 05-2-36  
Magisterial District Judge James J. Hanley, Jr.

City of Pittsburgh, Wards 15, 31

Magisterial District 05-2-38  
Magisterial District Judge James A. Motznik

City of Pittsburgh, Ward 19

Magisterial District 05-2-40  
Magisterial District Judge Jehosha A. Wright

City of Pittsburgh, Wards 21-25

Magisterial District 05-2-42  
Magisterial District Judge Leah Williams Duncan

City of Pittsburgh, Wards 26, 27

Magisterial District 05-2-43  
Magisterial District Judge Carla M. Swearingen

Kennedy Township  
Robinson Township

Magisterial District 05-2-47  
Magisterial District Judge Scott H. Schricker

Braddock Borough  
East Pittsburgh Borough  
North Braddock Borough  
Turtle Creek Borough  
Duquesne City

Magisterial District 05-3-02  
Magisterial District Judge Robert L. Ford

Bell Acres Borough  
Edgeworth Borough  
Franklin Park Borough  
Glenfield Borough  
Haysville Borough  
Leetsdale Borough  
Osborne Borough  
Sewickley Borough  
Sewickley Heights Borough  
Sewickley Hills Borough

Aleppo Township
Leet Township

Magisterial District 05-3-03
Magisterial District Judge David J. Sosovicka

Cheswick Borough
Springdale Borough
Frazer Township
Harmar Township
Springdale Township

Magisterial District 05-3-04
Magisterial District Judge Thomas T. Swan

Hampton Township
Richland Township
West Deer Township

Magisterial District 05-3-06
Magisterial District Judge Bruce J. Boni

McKees Rocks Borough
Stowe Township

Magisterial District 05-3-09
Magisterial District Judge Armand A. Martin

Glassport Borough
Liberty Borough
Port Vue Borough
Lincoln Borough
City of Clairton

Magisterial District 05-3-10
Magisterial District Judge Alexander Orenstein

City of Pittsburgh, Wards 6, 9

Magisterial District 05-3-12
Magisterial District Judge Kevin E. Cooper, Jr.

City of Pittsburgh, Wards 12, 13

Magisterial District 05-3-13
Magisterial District Judge Nicholas C. Martini

City of Pittsburgh, Wards 20, 28

Magisterial District 05-3-14
Magisterial District Judge Richard G. King

Mt. Oliver Borough
City of Pittsburgh, Wards 18, 29, 30, 32

Magisterial District 05-3-17
Magisterial District Judge Anthony W. Saveikis

McDonald Borough
Oakdale Borough
Findlay Township
North Fayette Township